1 | CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
LARRY Q. PHAN, ESQ. / SBN: 284561
2 | **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
3 | Sacramento, CA 95826
Telephone:  (916) 379-3500
4 | Facsimile:  (916) 379-3599

5 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA CARLSON, | Case No.: 2:13CV-1186-LKK-EFB |
| Plaintiff, | **STIPULATION AND ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff ETTA CARLSON and Defendant KOHL'S DEPARTMENT STORES, INC., by and through their respective counsels, submit the following Joint Stipulation and request that the Court grant Plaintiff leave to file a First Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure:

**STIPULATION**

1. Plaintiff filed her complaint on April 2, 2013 in Sacramento County Superior Court, naming KOHL'S DEPARTMENT STORES, INC. (hereinafter referred to as "KOHL'S") and DOES 1 through 10 as defendants;

2. On June 13, 2013, Defendant KOHL'S filed its answer and demand for jury trial in Sacramento County Superior Court and removed this case to the Eastern District of California;

///

3. On June 17, 2013, Plaintiff discovered that the true identity of defendant DOE 1 was GARY WULZEN. GARY WULZEN struck plaintiff in the back with a pallet jack / cargo truck on the date of the incident, and is a resident of the State of California, County of Sacramento; and

4. Plaintiff should be granted leave to amend to file her First Amended Complaint to name defendant GARY WULZEN as an additional defendant, a copy of which is attached hereto as **Exhibit "A."**

Good cause exists because Plaintiff just learned on June 17, 2012, after Defendant KOHL'S had removed this case to the Eastern District of California, that GARY WULZEN was the name of the KOHL'S employee who struck Plaintiff with a pallet jack.

IT IS SO STIPULATED:

DATED: Aug. 8, 2013                **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: /s/ *Larry Q. Phan for Christoher W. Wood*
      Christopher W. Wood, Esq.
      Attorneys for Plaintiff
      ETTA CARLSON

DATED: Aug. 3, 2013                **MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP**

By: /s/ *Jeffrey M. Lenkov*
      Jeffrey M. Lenkov, Esq.
      Attorneys for Defendant
      KOHL'S DEPARMENT STORES, INC.

**Stipulation and Order Granting Leave to File First Amended Complaint**

**ORDER**

Good cause appearing therefor, IT IS HEREBY ORDERED that plaintiff is granted leave to file the First Amended Complaint, which is attached hereto as **Exhibit "A."**

DATED:  August 8, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Stipulation and Order Granting Leave to File First Amended Complaint**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
LARRY Q. PHAN, ESQ. / SBN: 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA CARLSON, | Case No.: 2:13CV-1186-LKK-EFB |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR PERSONAL INJURIES** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., GARY WULZEN and DOES 1 through 10, inclusive, | |
| Defendants.            / | |

**FIRST CAUSE OF ACTION**

**(Personal Injury: ETTA CARLSON)**

Plaintiff ETTA CARLSON complains against Defendants KOHL'S DEPARTMENT STORES, INC., GARY WULZEN and DOES 1 through 10 and alleges as follows:

1.    The true names and capacities -- whether individual, corporate, associate or otherwise -- of Defendants DOES 1 through 10, are unknown to Plaintiff, who therefore sues such DOES by such fictitious names.  Plaintiff will amend this Complaint to show their true names and capacities when the same have been ascertained.  Each of the Defendants, and DOES 1 through 10, are legally responsible in some manner -- negligently, in warranty, strictly, or otherwise -- for the incident that is the subject of this Complaint.

1 ///

2     2.     Plaintiff is now, and at all times herein mentioned was, a citizen of and resident within the County of Eldorado, State of California. Plaintiff further alleges that each Defendant is a citizen and resident of, or doing business within, the County of Sacramento, State of California. The amount in controversy is in excess of the minimal jurisdictional limits of this Court.

7     3.     That it is unknown by Plaintiff at this time whether Defendants, KOHL'S DEPARTMENT STORES, INC., GARY WULZEN and DOES 1 through 10, are doing business as a partnership, corporation or other type of entity, and Plaintiff will ask leave to amend this pleading to set forth their true names and capacities when the same have been ascertained.

11     4.     Plaintiff is informed and believes and upon said information and belief alleges that at all times herein mentioned, Defendants, and each of them, are, and for a long time prior thereto, were owners and/or in possession of the certain premises located at 1013 Riley Street, Folsom, California.

15     5.     That Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, Defendants, GARY WULZEN and DOES 2 through 5, and each of them, were acting within the course and scope of employment by Defendants, KOHL'S DEPARTMENT STORES, INC., and DOES 6 through 10, and each of them.

19     6.     That on or about October 25, 2012, Plaintiff ETTA CARLSON, while legally on the premises as described hereinabove, was looking at a bedding display in the bedding department when she was struck in the back by a pallet jack / cargo truck that was loaded with merchandise and being pushed by Defendant GARY WULZEN, causing injuries and damages to Plaintiff.

24     7.     That at said time and place, Defendants, and each of them, negligently caused, permitted, constructed, managed and maintained, inspected, supervised, etc., said cargo truck permitting them to be in a dangerous, defective and hazardous condition in an area allowed for usage of persons lawfully on the premises.

28 ///

///

8. As a result of the negligence of Defendants, Plaintiff ETTA CARLSON suffered personal / bodily injuries, resulting in economic and non-economic damages. Economic damages include, but are not limited to, (1) past and future medical and/or ancillary related expenses, (2) past and future income and/or earning capacity loss, (3) loss of ability to provide household services, and (4) incidental and consequential damages and/or property damage and loss of use. Non-economic damages include, but are not limited to (1) past and future physical and mental suffering, (2) loss of enjoyment of life, (3) physical impairment, (4) inconvenience, (5) anxiety, and (6) emotional distress.

Plaintiff ETTA CARLSON prays for judgment against Defendants for:

a. Non-economic damages in excess of the jurisdictional limit of this Court;
b. Exemplary damages in a sum according to proof;
c. All medical and incidental expenses according to proof;
d. All loss of earnings according to proof;
e. Prejudgment interest to the extent permitted by law;
f. All costs of suit; and
g. Such other and further relief as this Court may deem just and proper.

DATED: August 7, 2013        **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: /s/ *Larry Q. Phan*
    LARRY Q. PHAN

**Stipulation and Order Granting Leave to File First Amended Complaint**