CHRISTOPHER W. WOOD, ESQ. / SBN: 193955
LARRY Q. PHAN, ESQ. / SBN: 284561
**DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**
20 Bicentennial Circle
Sacramento, CA 95826
Telephone:  (916) 379-3500
Facsimile:  (916) 379-3599

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ETTA CARLSON, | Case No.: 2:13CV-1186-LKK-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO REMAND THE CASE TO THE SUPERIOR COURT, COUNTY OF SACRAMENTO** |
| v. | |
| KOHL'S DEPARTMENT STORES, INC., GARY WULZEN and DOES 1 through 10, inclusive, | |
| Defendants.                   / | |

Plaintiff ETTA CARLSON and Defendants KOHL'S DEPARTMENT STORES, INC. and GARY WULZEN, by and through their counsels, submit the following Joint Stipulation and request that the Court remand the case to the Superior Court, County of Sacramento:

1. This matter was removed by defendant KOHL'S DEPARTMENT STORES, INC., on June 13, 2013;
2. The parties have discussed the matter and stipulate that the Court remand the case back to the Superior Court of California, County of Sacramento;
3. The parties further stipulate that each side will bear their own fees and costs and that there shall be no award of fees or costs as part of this remand; and
4. The court clerk to issue a remittitur forthwith.

///

-1-
**Stipulation To Remand The Case To The Superior Court, County Of Sacramento**

1 | IT IS SO STIPULATED:

2 | DATED: August 26, 2013                **DREYER BABICH BUCCOLA WOOD CAMPORA, LLP**

By: _____/s/ *Larry Q. Phan, Esq.*_____
    Christopher W. Wood, Esq.
    Attorneys for Plaintiff
    ETTA CARLSON

DATED: August26, 2013                **MANNING & KASS, ELLROD, RAMIREZ, TRESTER, LLP**

By: _____/s/ *Jeffrey M. Lenkov, Esq.*_____
    Jeffrey M. Lenkov, Esq.
    Attorneys for Defendants
    KOHL'S DEPARMENT STORES, INC., and
    GARY WULZEN

**ORDER**

The Court having reviewed that stipulation and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The Parties' stipulation is approved;
2. Eastern District of California case number 2:13-at-00622 styled ETTA CARLSON v. KOHL'S DEPARTMENT STORES, INC., et al. is hereby remanded to Sacramento County Superior Court;
3. Each side will bear their own fees and costs and that there shall be no award of fees or costs as part of this remand; and
4. The court clerk to issue a remittitur forthwith.

DATED: August 27, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order